**Exhibit A to the First Amended Complaint**

**Location:** San Leandro, CA  
**Total Works Infringed:** 27  

**IP Address:** 24.4.188.12  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E131CD077CB3AF293C48AEDB8426BDB0EAB29F7F<br>File Hash:<br>19D868DF2AC22FBD88A45E2F650499F66819160AE5061CA0425EA91C25BC2990 | 05/10/2024<br>06:20:35 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 2 | Info Hash: DEA425847468A1C34575FC592294134E69C08DC1<br>File Hash:<br>3BAACBDCA4E113D796E5A931459DE598B85498009E8C8D7E7A75706145A55953 | 05/07/2024<br>19:20:40 | Blacked Raw | 11/09/2020 | 12/09/2020 | PA0002274940 |
| 3 | Info Hash: 919C33832AB4F00B37A6B3E9D05BF499990B2ED7<br>File Hash:<br>A9D7C8EFE93D7E4DFC99F5F510C4AE8922FEBB0CFB9BEDD958BA1882F9A202BF | 05/07/2024<br>19:11:07 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 4 | Info Hash: 0AED9930E79516F4168E0E05E8F90ADFB0626C0B<br>File Hash:<br>78E64605DCFBC5D8281EF32796E351EAA02F6F1C9363721AD58895A6DE8C89A7 | 04/30/2024<br>20:56:13 | Blacked | 11/01/2018 | 11/25/2018 | PA0002136644 |
| 5 | Info Hash: 523BCF521E83C4F167707EDBCDA3410EEE92111A<br>File Hash:<br>20151880DB7391EB23D3AEC9021407772BA7967A241D5539CD5BCC9CA3BF0EB4 | 04/17/2024<br>11:59:17 | Vixen | 01/20/2023 | 01/27/2023 | PA0002393071 |
| 6 | Info Hash: 08FA6DACE03938D3BBB1D47165B43ED4C577FA85<br>File Hash:<br>45A5AF13C512C606A1D2B2707E9717D14BC988A9C21E6DBA3C74DC3FAD7C2450 | 04/04/2024<br>00:11:01 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 7 | Info Hash: 48464243830E10B7F7C4E9BB4405742DA794A96E<br>File Hash:<br>832A8A9892260AAD4D378944850442C00F4DE550A85950B1A4FCE1D26EF72831 | 03/21/2024<br>02:56:17 | Blacked Raw | 03/18/2024 | 04/10/2024 | PA0002464922 |
| 8 | Info Hash: 37BFFD584C1244689D96C07970D5F48C9E8BC322<br>File Hash:<br>B6F7F4551D9461E3B727B2476960B8AA39E7E46BD76CE9BEC279F778B5D78B38 | 03/19/2024<br>22:48:40 | Blacked Raw | 03/04/2024 | 03/12/2024 | PA0002459238 |
| 9 | Info Hash: 5986D26446E5C8E419A83E3392A75AF83EEE8BF7<br>File Hash:<br>6CE0FB81BCCA56674D7104EF5A74CF9E962779DE86C981AA7B426DA4CFF9435D | 03/14/2024<br>05:58:16 | Blacked Raw | 03/11/2024 | 04/10/2024 | PA0002464921 |
| 10 | Info Hash: 5D35C3614F968130CEE84B052A9E944360E8B885<br>File Hash:<br>48C115FC296CCA0977565BDC72C0AE42470F92AC18310B52AA850E51207E8CE2 | 02/20/2024<br>18:53:07 | Tushy | 03/02/2017 | 05/25/2017 | PA0002049784 |
| 11 | Info Hash: 3D51943B4586DD69A342FE21DAF235D22759E0E2<br>File Hash:<br>5B5F666D0C924F97511DD5F25CFDA1FFB64DECEF87B9ECA177AE256B5E061A0C | 02/06/2024<br>08:46:47 | Blacked | 03/26/2022 | 04/23/2022 | PA0002346435 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 1BA645C8BA978815D185709957D795E18F478F80<br>File Hash:<br>AF5732B0358280D04F1841682817DBF92C2C657F858233D2B53A195D966244F7 | 01/30/2024<br>01:57:27 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 13 | Info Hash: 864AECA3E898EA4761675344E3A376F7642178C2<br>File Hash:<br>EBC7D105D9B41666CF74201EB522736305E0BA777B0CD485EBD150EA1D8B072B | 01/14/2024<br>14:38:25 | Vixen | 08/25/2023 | 09/18/2023 | PA0002431081 |
| 14 | Info Hash: B0656D5F3B5EEEEC4E4F4D6F98A7259C79728A39<br>File Hash:<br>CB124EF88110699AA01918BDB8D9496E86F38BC646DE3A0E5029B3029957EDBA | 01/06/2024<br>00:21:01 | Vixen | 04/19/2017 | 06/16/2017 | PA0002069291 |
| 15 | Info Hash: AA7528515ED6A6196C0C5A2A4F64F1CC5DCE587F<br>File Hash:<br>5C215C7913E329BB065CDDC9A2E6CBCAB34B278EC5B248F4CA1F4806EBFC3C20 | 12/21/2023<br>18:08:26 | Vixen | 03/05/2018 | 04/17/2018 | PA0002116085 |
| 16 | Info Hash: CE9E507456359C63A9C31BB2F113C76F1A6452B3<br>File Hash:<br>A1AE4E91217176A2DAEAA96C934943653AC5EFDC62268F1C4AC27751419AA00F | 12/17/2023<br>14:59:20 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 17 | Info Hash: B4AA777E563EB6FA88C849FF11E832D54C48E6C8<br>File Hash:<br>72ACF4521FFD1192DA8BF43EED4A88B5B1D0A4246378799E0A49802EEDC678B1 | 12/17/2023<br>14:51:22 | Vixen | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 18 | Info Hash: 5D7E18C90D2BDC66702CE75F9581B01F62D72F75<br>File Hash:<br>E8F960C8B90462A28CE53EEB5ECD62ED2DDAA8291CB2706A1306788367471622 | 11/28/2023<br>23:14:38 | Vixen | 09/29/2023 | 10/18/2023 | PA0002435610 |
| 19 | Info Hash: 753C56352899C5A7DD265E39ADDB7C75A2B9DDA6<br>File Hash:<br>E46DB9F79AEB5A17220F2BB9FF5C34251F8FF9C3F1E20AFCD467145D47A1C4BF | 10/25/2023<br>17:43:50 | Tushy | 10/22/2023 | 12/05/2023 | PA0002443588 |
| 20 | Info Hash: DA41F73C20EF0639FA92F3B337C2B4868D4CC850<br>File Hash:<br>8B00908F5E5FD92AE1B9014EBC89F17A5BE461176EEB6597D59D6A1834C5E6AB | 10/01/2023<br>03:37:53 | Blacked | 03/04/2023 | 04/07/2023 | PA0002405754 |
| 21 | Info Hash: 2604C991D82D1D04D33C9A63E7B26263B90EF862<br>File Hash:<br>53E910CE971AB408A80FD937F193FBFAB39FC67A99B2546A71786D8BC415842C | 09/30/2023<br>07:17:11 | Blacked | 09/23/2023 | 10/17/2023 | PA0002435265 |
| 22 | Info Hash: 4106A13C202184096D2650812526689C1BAA28BF<br>File Hash:<br>4B1FECCDAC24AB3BDE76DC58AE667B0B94C3D84819961C31FF27CCD6E8B05D57 | 09/08/2023<br>17:46:58 | Blacked | 09/02/2023 | 09/18/2023 | PA0002430909 |
| 23 | Info Hash: 34CD46C59638849199B5C771B5A6C008EC0A8FF3<br>File Hash:<br>62D93F0E28A3630C43EC9033DF57C59BEFEEE97525575B3CAD33225F9DA8712D | 09/08/2023<br>16:40:53 | Blacked Raw | 09/04/2023 | 09/17/2023 | PA0002430908 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F2D58D0D2635DDE3BBE018EF87E28BFB4A1DCA0B<br>File Hash: A182656B5855D9EEEB1A21DEAC2D825C87BC0FD2767A1E34F247D9208085DABD | 09/19/2021 00:59:04 | Blacked Raw | 02/08/2021 | 03/08/2021 | PA0002280363 |
| 25 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 09/19/2021 00:55:26 | Vixen | 09/13/2021 | 10/05/2021 | PA0002315286 |
| 26 | Info Hash: E05487E1CF7CAA07BA8E218D2504F4AEC30906DB<br>File Hash: C7C8F393602BEAC95B913F1D5021A9C80232024434D66ED0AC78F6E611123D02 | 09/19/2021 00:51:06 | Blacked Raw | 03/01/2021 | 03/08/2021 | PA0002280355 |
| 27 | Info Hash: 69908303363D635A5C0989EFC8F2370F9107ADC1<br>File Hash: AC69B5FB8F99E10E0567B0D0D2DF5A8E9EB6DA595CACA93A61DEB1D17D08AD93 | 09/19/2021 00:39:19 | Vixen | 08/13/2021 | 09/08/2021 | PA0002316101 |